IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-03356-WYD-KLM

GAILLE ROBERTSON,

    Plaintiff,

v.

THE VISITING NURSE CORPORATION OF COLORADO, INC., dba Visiting Nurse Association Colorado,

    Defendant.

---

## MINUTE ORDER

---

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Plaintiff's **Unopposed Motion for Entry of a Protective Order** [Docket No. 19; Filed August 18, 2012] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion [#19] is **GRANTED**. Accordingly,

    IT IS FURTHER **ORDERED** that the Protective Order [#19-1] supplied by Plaintiff is **accepted** for filing and entered as an Order of the Court, with interlineations, as of the date of this Minute Order.

    Dated: August 20, 2012