IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-03356-WYD-KLM

GAILLE ROBERTSON,

    Plaintiff,

v.

THE VISITING NURSE CORPORATION OF COLORADO, INC., dba Visiting Nurse Association Colorado,

    Defendant.

_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on the parties' **Joint Motion to Modify the Scheduling Order (Doc #15)** [Docket No. 23; Filed September 27, 2012] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion [#23] is **GRANTED**. The Scheduling Order entered on April 19, 2012 [#15] is modified to extend the following deadlines:

- Discovery Deadline — **November 27, 2012**
- Dispositive Motions Deadline — **December 26, 2012**

Dated: September 28, 2012