IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No.     11-cv-03356-WYD-KLM

GAILLE ROBERTSON,

      Plaintiff,

v.

THE VISITING NURSE CORPORATION OF COLORADO, INC., doing business as
VISITING NURSE ASSOCIATION COLORADO,

      Defendant.

---

## ORDER OF DISMISSAL WITH PREJUDICE

---

THIS MATTER having come on to be heard on the parties' Stipulation for

Dismissal With Prejudice, and the Court being fully advised in the premises, it is hereby

ORDERED that this case is DISMISSED WITH PREJUDICE and each party shall

bear its own fees and costs.   All pending motions are DENIED AS MOOT and this case is

CLOSED.

Dated:   December 5, 2012.

BY THE COURT:


s/ Wiley Y. Daniel
WILEY Y. DANIEL,
CHIEF UNITED STATES DISTRICT JUDGE